IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR.NO. 2:14-cr-00432-WKW-KFP |
| STROMER, ET. AL | ) |
| | ) |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Justin L. Jones, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 1st day of February, 2022.

SANDRA J. STEWART
UNITED STATES ATTORNEY

*/s/ Justin L. Jones*
Justin L. Jones
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR.NO. 2:14-cr-00432-WKW-KFP |
| STROMER, ET. AL | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to all counsel on record.

    Respectfully submitted,

    ***/s/ Justin L. Jones***
    Justin L. Jones
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135